UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                    Case No. 08-30192-DHW
                                                         Chapter 13

STANLEY L. CRAWFORD,

      Debtor.

STANLEY L. CRAWFORD,

      Plaintiff,                                 Adv. Pro. No. 12-3033-DHW

  v.

LVNV FUNDING, LLC,
RESURGENT CAPITAL SERVICES,
L.P., and PRA RECEIVABLES
MANAGEMENT, LLC,

      Defendants.

## ORDER DISMISSING ADVERSARY PROCEEDING

    Defendants LVNV Funding, LLC and Resurgent Capital Services, L.P. filed motions to dismiss this adversary proceeding. The motions came on for hearing on July 9, 2012.

    The complaint alleges that the defendants filed time-barred claims in the bankruptcy court whose substance violate the Fair Debt Collection Practices Act and the automatic stay. At the hearing, the plaintiff withdrew the count alleging a stay violation. The complaint also objects to the defendants' claims.

    The defendants contend that the filing of a claim in the bankruptcy court, even one barred by the statute of limitations, does not constitute a violation of the Fair Debt Collection Practices Act. *See In re Simpson*, 2008 WL 4216317 (N.D. Ala. Aug. 29, 2008). The court agrees. Accordingly, it is

    ORDERED that the motions are GRANTED, and this adversary proceeding is DISMISSED. However, this order does not bar the plaintiff from objecting, in the underlying bankruptcy case, to the claim of any defendant and

seeking any appropriate remedy if the defendant lacked the requisite authority to file the claim, either as agent of the creditor or assignee of the claim.

  Done this 12 day of July, 2012.

             /s/ Dwight H. Williams, Jr.
             United States Bankruptcy Judge

c: Nicholas H. Wooten, Attorney for Plaintiff
 Neal D. Moore, Attorney for LVNV Funding and Resurgent Capital Servs.
 PRA Receivables Management, LLC