IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANLEY L. CRAWFORD, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) CASE NO. 2:12-CV-701-WKW |
| | ) |
| LVNV FUNDING, LLC, *et al.*, | ) |
| | ) |
| Appellees. | ) |

## **ORDER**

In view of the Eleventh Circuit's ruling in *Crawford v. LVNV Funding, LLC*, 758 F.3d 1254 (11th Cir. 2014), which was issued as mandate on October 17, 2014, this case is REMANDED to the bankruptcy court for further appropriate proceedings.

DONE this 20th day of October, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE